# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PANNER, OWEN M. | U.S. DISTRICT COURT, DISTRICT OF OREGON | 05/02/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR ARTICLE III JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
310 West Sixth Street
Medford, OR 97501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PANNER, OWEN M.** | 05/02/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Small Acreage, Jackson County, Oregon | B | Rent | K | W | | | | | |
| 2. Oil Royalty Trust, Oklahoma | D | Royalty | K | W | | | | | |
| 3. Vintage Petroleum - California | C | Royalty | K | W | | | | | |
| 4. U.S. Bank - Checking Account | A | Interest | K | T | | | | | |
| 5. | | | | | | | | | |
| 6. Clearbridge Tactical Dividend Income Fund Class A | C | Int./Div. | | | Sold (part) | 1/23/15 | J | A | |
| 7. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 02/23/15 | J | A | |
| 8. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 03/23/15 | J | | |
| 9. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 04/16/15 | J | A | |
| 10. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 04/23/15 | J | A | |
| 11. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 05/22/15 | J | A | |
| 12. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 06/23/15 | J | A | |
| 13. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 07/23/15 | J | A | |
| 14. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 08/21/15 | J | | |
| 15. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 09/23/15 | J | | |
| 16. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 10/23/15 | J | | |
| 17. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 11/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold | 12/17/15 | K | | |
| 19. | | | | | | | | | |
| 20. Clearbridge Dividend Strategy Fund Class A | A | Dividend | K | T | Buy | 12/17/15 | K | | |
| 21. | | | | | | | | | |
| 22. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | K | T | | | | | |
| 23. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 01/23/15 | J | A | |
| 24. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 2/23/15 | J | A | |
| 25. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 03/23/15 | J | A | |
| 26. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 04/23/15 | J | A | |
| 27. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 05/23/15 | J | A | |
| 28. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 06/23/15 | J | A | |
| 29. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 07/23/15 | J | A | |
| 30. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 08/21/15 | J | A | |
| 31. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 09/23/15 | J | A | |
| 32. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 10/23/15 | J | A | |
| 33. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 11/23/15 | J | A | |
| 34. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 12/23/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Northern LTS FD TR Eagle MLP Strategy Class C | B | Dividend | K | T | | | J | B | |
| 37. Northern LTS FD TR Eagle MLP Strategy Class C | | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 38. Northern LTS FD TR Eagle MLP Strategy Class C | | Dividend | | | Buy (add'l) | 05/01/15 | J | | |
| 39. | | | | | | | | | |
| 40. Legg Mason BW Global Income Opportunities FD Inc | A | Int./Div. | | | Sold (part) | 05/01/15 | J | | |
| 41. Legg Mason BW Global Income Opportunities FD Inc | | | | | Sold | 06/09/15 | L | | |
| 42. | | | | | | | | | |
| 43. American Express Company | A | Interest | | | Sold (part) | 02/19/15 | J | | |
| 44. American Express Company | A | Interest | | | Sold (part) | 04/17/15 | J | | |
| 45. American Express Company | A | Interest | | | Buy (add'l) | 11/06/15 | J | | |
| 46. American Express Company | A | Interest | | | Sold | 12/18/15 | J | | |
| 47. | | | | | | | | | |
| 48. AMGEN Inc | A | Int./Div. | | | Sold (part) | 01/08/15 | J | A | |
| 49. AMGEN Inc | A | Int./Div. | | | Sold | 06/29/15 | J | A | |
| 50. | | | | | | | | | |
| 51. Anadarko Petroleum Corp | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Anadarko Petroleum Corp | A | Int./Div. | | | Buy (add'l) | 08/24/15 | J | | |
| 53. | | | | | | | | | |
| 54. Apple, Inc | A | Interest | J | T | Buy | 01/29/15 | J | | |
| 55. Apple, Inc | A | Interest | | | Buy (add'l) | 02/23/15 | J | | |
| 56. | | | | | | | | | |
| 57. Autodesk, Inc | A | Int./Div. | J | T | | | | | |
| 58. | | | | | | | | | |
| 59. Automatic Data Processing, Inc | A | Interest | J | T | | | J | A | |
| 60. | | | | | | | | | |
| 61. Bank of New York, Mellon Corp | A | Interest | J | T | | | | | |
| 62. Bank of New York, Mellon Corp | A | Interest | | | Buy | 03/13/15 | J | | |
| 63. Bank of New York, Mellon Corp | A | Interest | | | Buy (add'l) | 04/22/15 | J | | |
| 64. Bank of New York, Mellon Corp | A | Interest | | | Buy (add'l) | 08/25/15 | J | | |
| 65. Bank of New York, Mellon Corp | A | Interest | | | Buy (add'l) | 10/20/15 | J | | |
| 66. Bank of New York, Mellon Corp | A | Interest | | | Buy (add'l) | 11/18/15 | J | | |
| 67. | | | | | | | | | |
| 68. Biogen Idec, Inc | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Biogen Idec, Inc | | None | | | Buy (add'l) | 09/22/15 | J | | |
| 70. | | | | | | | | | |
| 71. Broadcom Corp, Class A | A | Int./Div. | J | T | | | | A | |
| 72. | | | | | | | | | |
| 73. Cablevision Systems Corp. Class A Cablevision NY Group | A | Int./Div. | | | Sold | 09/17/15 | J | A | |
| 74. | | | | | | | | | |
| 75. Chevron Corp | A | Int./Div. | | | Sold (part) | 10/06/15 | J | | |
| 76. Chevron Corp | A | Int./Div. | | | Sold | 10/07/15 | J | | |
| 77. | | | | | | | | | |
| 78. Coca Cola Company | | | J | T | | | | A | |
| 79. Coca Cola Company | | | | | Buy | 02/27/15 | J | | |
| 80. Coca Cola Company | | | | | Buy (add'l) | 05/07/15 | J | | |
| 81. Coca Cola Company | | | | | Buy (add'l) | 11/19/15 | J | | |
| 82. | | | | | | | | | |
| 83. Comcast Corp, new SPL Class A | A | Interest | J | T | | | | A | |
| 84. | | | | | | | | | |
| 85. Costco Wholesale Corp, new | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Costco Wholesale Corp, new | A | Int./Div. | | | Buy (add'l) | 02/23/15 | J | | |
| 87. | | | | | | | | | |
| 88. CVS Health Corporation | A | Int./Div. | J | T | | | J | A | |
| 89. CVS Health Corporation | | | | | Buy | 10/05/15 | J | | |
| 90. CVS Health Corporation | | | | | Buy (add'l) | 10/30/15 | J | | |
| 91. CVS Health Corporation | | | | | Buy (add'l) | 11/17/15 | J | | |
| 92. CVS Health Corporation | | | | | Buy (add'l) | 12/16/15 | J | | |
| 93. | | | | | | | | | |
| 94. El DuPont DeNemours & Co | A | Int./Div. | J | T | | | | A | |
| 95. The Chemours Company | | | | | Spinoff (from line 94) | 07/01/15 | J | | |
| 96. | | | | | | | | | |
| 97. Ecolab, Inc | A | Interest | J | T | | | | A | |
| 98. | | | | | | | | | |
| 99. Exxon Mobil Corp | A | Int./Div. | J | T | | | | | |
| 100. | | | | | | | | | |
| 101. General Electric Co | A | Dividend | J | T | | | | A | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Home Depot, Inc | A | Dividend | J | T | | | | A | |
| 104. | | | | | | | | | |
| 105. Intel Corp | A | Interest | J | T | | | | | |
| 106. | | | | | | | | | |
| 107. International Paper Co | A | Interest | J | T | | | | | |
| 108. International Paper Co | A | Interest | | | Buy (add'l) | 10/22/15 | J | | |
| 109. International Paper Co | A | Interest | | | Buy (add'l) | 11/17/15 | J | | |
| 110. | | | | | | | | | |
| 111. (X) IONIS Pharmaceuticals, Inc. | | | J | T | | | | A | |
| 112. | | | | | | | | | |
| 113. Johnson & Johnson | A | Int./Div. | J | T | Buy (add'l) | 02/06/15 | J | | |
| 114. | | | | | | | | | |
| 115. Kimberly Clark Corp | A | Interest | J | T | | | J | A | |
| 116. Kimberly Clark Corp | | Interest | | | Buy (add'l) | 12/15/15 | J | | |
| 117. | | | | | | | | | |
| 118. L-3 Communications Holdings, Inc | A | Interest | J | T | | | J | A | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. McDonalds Corporation | | | J | T | | | | | |
| 121. McDonalds Corporation | A | Int./Div. | | | Buy | 10/14/15 | J | | |
| 122. McDonalds Corporation | A | Int./Div. | | | Buy (add'l) | 11/17/15 | J | | |
| 123. | | | | | | | | | |
| 124. Merck & Co, Inc | A | Interest | J | T | | | J | | |
| 125. | | | | | | | | | |
| 126. Metlife, Inc | A | Int./Div. | J | T | | | | | |
| 127. | | | | | | | | | |
| 128. Microsoft Corp | A | Int./Div. | J | T | | | J | A | |
| 129. Microsoft Corp | | | | | Buy (add'l) | 01/29/15 | J | | |
| 130. | | | | | | | | | |
| 131. Nextera Energy Inc | A | Int./Div. | J | T | | | J | A | |
| 132. | | | | | | | | | |
| 133. Oracle Corp | A | Int./Div. | | | Sold (part) | 07/23/15 | J | A | |
| 134. Oracle Corp | A | Int./Div. | | | Sold | 11/13/15 | J | A | |
| 135. | | | | | | | | A | |
| 136. Pall Corp | A | Int./Div. | | | Sold | 05/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. Pepsico, Inc | A | Int./Div. | J | T | | | J | | |
| 139. Pepsico, Inc | | | | | Buy (add'l) | 01/29/15 | J | | |
| 140. | | | | | | | | | |
| 141. PPG Industries, Inc | | | J | T | | | J | | |
| 142. PPG Industries, Inc | | | | | Buy (add'l) | 07/16/15 | J | | |
| 143. PPG Industries, Inc | | | | | Buy (add'l) | 08/12/15 | J | | |
| 144. | | | | | | | | | |
| 145. Praxair, Inc. | A | Int./Div. | | | Sold | 11/17/15 | J | | |
| 146. | | | | | | | | | |
| 147. Procter & Gamble Co | A | Int./Div. | J | T | Sold (part) | 01/26/15 | J | A | |
| 148. | | | | | | | | | |
| 149. Raytheon Co. | A | Int./Div. | J | T | | | | | |
| 150. Raytheon Co. | | | | | Sold (part) | 01/29/15 | J | A | |
| 151. | | | | | | | | | |
| 152. Sandisk Corp | A | Dividend | J | T | | | J | | |
| 153. Sandisk Corp | | | | | Buy (add'l) | 01/14/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Sandisk Corp | | | | | Buy (add'l) | 04/15/15 | J | | |
| 155. Sandisk Corp | | | | | Buy (add'l) | 08/18/15 | J | | |
| 156. | | | | | | | | | |
| 157. Spectra Energy Corp | A | Dividend | J | T | | | J | | |
| 158. | | | | | | | | | |
| 159. Sysco Corp | A | Dividend | J | T | | | J | | |
| 160. Sysco Corp | A | Dividend | | | Buy | 08/24/15 | J | | |
| 161. Sysco Corp | A | Dividend | | | Buy (add'l) | 11/19/15 | J | | |
| 162. Sysco Corp | A | Dividend | | | Buy (add'l) | 12/14/15 | J | | |
| 163. | | | | | | | | | |
| 164. Texas Instruments, Inc. (X) | A | Dividend | J | T | Buy (add'l) | 06/22/15 | J | | |
| 165. Texas Instruments, Inc. (X) | A | Dividend | | | Buy (add'l) | 08/25/15 | J | | |
| 166. | | | | | | | | | |
| 167. The Travelers Companies, Inc | A | Dividend | J | T | | | J | A | |
| 168. | | | | | | | | | |
| 169. Time Warner, Inc | A | Dividend | J | T | | | J | A | |
| 170. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Union Pacific Corp | A | Dividend | J | T | | | J | A | |
| 172. | | | | | | | | | |
| 173. United Parcel Service, Inc | A | Dividend | J | T | | | J | A | |
| 174. | | | | | | | | | |
| 175. United Technologies Corp (Y) | | | | | | | | | |
| 176. United Technologies Corp (Y) | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. UnitedHealth Group, Inc | A | Dividend | J | T | | | J | A | |
| 179. UnitedHealth Group, Inc | A | Dividend | | | Sold (part) | 07/23/15 | J | A | |
| 180. | | | | | | | | | |
| 181. Vertex Pharmaceuticals, Inc. (X) | | | J | T | | | J | A | |
| 182. | | | | | | | | | |
| 183. Verizon Communications | A | Dividend | J | T | | | J | A | |
| 184. Verizon Communications | | | | | Sold (part) | 07/23/15 | J | | |
| 185. | | | | | | | | | |
| 186. Wal-Mart Stores, Inc | A | Dividend | J | T | | | J | A | |
| 187. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Walt Disney Co | A | Int./Div. | J | T | Sold (part) | 11/04/15 | J | A | |
| 189. | | | | | | | | | |
| 190. Waste Management Inc. Del | A | Dividend | J | T | | | J | A | |
| 191. Waste Management Inc. Del | | | | | Buy (add'l) | 07/16/15 | J | | |
| 192. | | | | | | | | | |
| 193. WEC Energy Corp, formerly Wisconsin Energy Corp | A | Dividend | J | T | | 06/30/15 | J | A | |
| 194. WEC Energy Corp, formerly Wisconsin Energy Corp | | | | | Buy (add'l) | 02/23/15 | J | | |
| 195. | | | | | | | | | |
| 196. 3 M Company (X) | | | J | T | Sold (part) | 01/26/15 | J | A | |
| 197. | | | | | | | | | |
| 198. Allergan, PLC, formerly Actavis PLC | | | J | T | | 06/15/15 | J | | |
| 199. | | | | | | | | | |
| 200. Anheuser-Busch Inbev SA Sponsored ADR (Y) | | | | | | | | | |
| 201. Anheuser-Busch Inbev SA Sponsored ADR (Y) | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. Nestle SA-Sponsored ADR, Repstg Regd ORD (SF 10 par) | A | Dividend | J | T | | | J | | |
| 204. Nestle SA-Sponsored ADR, Repstg Regd ORD (SF 10 par) | | | | | Buy (add'l) | 02/19/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. Schlumberger LTD | A | Dividend | J | T | | | J | A | |
| 207. | | | | | | | | | |
| 208. Seagate Technology PLC | A | Dividend | J | T | | | J | | |
| 209. Seagate Technology PLC | | | | | Buy (add'l) | 07/22/15 | J | | |
| 210. Seagate Technology PLC | | | | | Buy (add'l) | 10/20/15 | J | | |
| 211. | | | | | | | | | |
| 212. TEConnectivity LTD | A | Dividend | J | T | | | J | A | |
| 213. | | | | | | | | | |
| 214. Tyco International PLC, SHS (Y) | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. Weatherford International PLC USD0.001 | | | J | T | | | J | | |
| 217. | | | | | | | | | |
| 218. American Tower Corporation | A | Interest | J | T | | | J | | |
| 219. | | | | | | | | | |
| 220. Weyerhaeuser Co | A | Dividend | J | T | | | J | | |
| 221. Weyerhaeuser Co | | | | | Buy (add'l) | 11/03/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. RBC Bank Deposit Program (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. VII  Small horse operation on the acreage we have in Jackson County, Oregon

2. VII  Trustee of the trust lives in Oklahoma, I do not know the location of the numerous properties involved

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ OWEN M. PANNER**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544